**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FREDRICH NORMAN SCOTT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-181-M |
| | ) | |
| WALTER DINWIDDIE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On April 10, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for a writ of habeas corpus be dismissed without prejudice to refiling due to Petitioner's failure to pay the filing fee. Petitioner was advised of his right to object to the Report and Recommendation by May 1, 2006. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation issued by Magistrate Judge Couch on April 10, 2006, and

(2)     DISMISSES the petition for a writ of habeas corpus without prejudice to refiling due to Petitioner's failure to pay the filing fee.

**IT IS SO ORDERED this 9th day of May, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE